ORIGINAL

# In The United States Court of Federal Claims

RECEIVED
JUL 11 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Blue & Gold Fleet, L.P.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [see RCFC 83.1(c)] Alan I. Saltman

Firm Name: Saltman & Stevens, P.C.

Post Office Box: 06-514 C

Street Address: 1801 K Street, N.W., Suite M-110

City-State-Zip: Washington, D.C. 20006

Telephone & Telecopier Numbers: (202) 452-2140; (202) 775-8217 (Fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

Does the attorney of record have a Court of Federal Claims ECF Account? Yes

Nature of suit code: 1 4 0

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Post-award Bid Protest

Agency Identification Code: D O I

See attached Sheet for three digit code.

Amount Claimed: $ to be determined

(exclusive of interest costs and attorney's fees)

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement Required? No

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 180M
Is plaintiff a small business? No

Vaccination Date: (Vaccine Cases Only) ______

Is this case directly related to any pending or previous case? No
If yes, you are required to file a separate notice of a directly related case(s). See RCFC 40.2