# In the United States Court of Federal Claims

**06-514C**

**Filed: July 11, 2006**

**BLUE & GOLD FLEET, L.P.**

**v.**

**THE UNITED STATES**

**Exhibits 1-8 filed in support of the Complaint (one volume)**
**July 11, 2006**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.