IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BLUE & GOLD FLEET, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-514C |
| | ) | (Sr. Judge Bohdan A. Futey) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Sean M. Dunn, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sean M. Dunn
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Sean M. Dunn

SEAN M. DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0338
Facsimile: (202) 307-0972

Dated: July 12, 2006

CERTIFICATE OF FILING

I hereby certify that on July 12, 2006 a copy of foregoing "NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn