# In the United States Court of Federal Claims

***Bid Protest***

**No. 06-0514**

**(Filed July 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * *
*
**BLUE & GOLD FLEET, L.P.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic status conference held on this date, Intervenor-Applicant's Motion To Intervene, filed on July 15, 2006, is hereby ALLOWED.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**