# In the United States Court of Federal Claims

***Bid Protest***

**No. 06-0514**

**(Filed July 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * *

**BLUE & GOLD FLEET, L.P.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephonic status conference held on this date, for good cause shown, and after consulation and agreement of Judge Christine O. C. Miller, Intervenor-Applicant's Motion To Transfer Case, filed on July 17, 2006, is hereby ALLOWED. Defendant concurs with Intervenor's Motion to Transfer. This transfer is in accordance with RCFC 40.2.

The Clerk is directed to transfer this case to Judge Christine O.C. Miller.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**