# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **BLUE & GOLD FLEET, LP,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-514C |
| **THE UNITED STATES**, | * | (Filed July 18, 2006) |
| Defendant, | * | |
| and | * | |
| **HORNBLOWER YACHTS, INC.,** | * | |
| Defendant-Intervenor. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This case having been reassigned to the undersigned by order entered on July 18, 2006,

**IT IS ORDERED**, as follows:

A telephonic scheduling conference shall be held at 11:00 a.m., on Thursday, July 20, 2006, in the Howard T. Markey National Courts Building. The court's chambers will place the call.

________________________________________

**Christine Odell Cook Miller**
Judge