# In the United States Court of Federal Claims

**No. 06-514 C**
**Filed July 18, 2006**

**BLUE & GOLD FLEET, L.P.,**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Christine Odell Cook Miller**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop
Brian Bishop, Clerk