# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BLUE & GOLD FLEET, LP,** *

Plaintiff, *

v. * No. 06-514C

**THE UNITED STATES**, * (Filed July 21, 2006)

Defendant, *

and *

**HORNBLOWER YACHTS, INC.,** *

Defendant-Intervenor. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This case was reassigned to the undersigned by order entered on July 18, 2006. A scheduling conference was held on July 20, 2006. The court discussed with the parties possible jurisdictional issues pertaining to the appeal of the related bid protest, Blue & Gold Fleet, LP v. United States, 70 Fed. Cl. 487 (2006), appeal docketed, No. 06-5064 (Fed. Cir. Mar. 9, 2006), as well as the stayed injunction proceedings still pending before the United States District Court for the Northern District of California. See Int'l Org. of Masters, Mates & Pilots v. Nat'l Park Serv., No. C 06-2107-CW (N.D. Cal. filed Mar. 21, 2006), and Islandboatmen's Union v. Mainella, No. C 06-2152-CW (N.D. Cal. filed Mar. 23, 2006). In light of these discussions,

**IT IS ORDERED**, as follows:

1. The court received plaintiff's oral motion for a voluntary dismissal pursuant to RCFC 41(a)(1), to be followed by a written motion if it so chooses. The court notes that an answer has not yet been filed.

2. Intervenor has requested the opportunity to craft an argument that such a dismissal should be with prejudice. The court finds this to be an unusual proposition, but, as a courtesy, it will allow intervener to brief the issue. This brief must be filled by 5:30 p.m. on Tuesday, July 25, 2006. After examining the brief, plaintiff will indicate to the court whether it wishes to respond and, if so, by what date, but by no later than 5:30 p.m. July 27, 2006.

3. Intervenor and defendant have represented that they will coordinate on this matter, although defendant may elect to file a separate brief at the same time. Intervenor also has stated that, if its research reveals that its motion lacks merit, it will so inform the court, rather than waiting until July 25. In that event, entry of an order of voluntary dismissal will be expedited.

4. The court will issue an order regarding plaintiff's motion for voluntary dismissal no later than July 28, 2006.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge