# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **BLUE & GOLD FLEET, LP,** | * | |
| Plaintiff, | * | |
| v. | * | No. 06-514C |
| **THE UNITED STATES**, | * | (Filed July 24, 2006) |
| Defendant, | * | |
| and | * | |
| **HORNBLOWER YACHTS, INC.,** | * | |
| Defendant-Intervenor. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 21, 2006, defendant-intervenor filed, pursuant to RCFC 59(a)(1), Defendant-Intervenor's Motion for Reconsideration of *ex Cathedra* Comments in this Court's Order of July 21, 2006. Pursuant to RCFC 7.2(a), the court rules without a reply.

The court's July 21, 2006 order denied plaintiff's oral motion for transfer to the United States District Court for the Northern District of California because this matter is a bid protest, over which the United States Court of Federal Claims has exclusive jurisdiction. The court then commented, that although the matter could not be transferred to the district court, that court might have jurisdiction to issue such an injunction as plaintiff requested, as might the United States Court of Appeals for the Federal Circuit. The comments previously were made on the record. Defendant-intervenor argues that this language will "eviscerat[e] [the court's] untimeliness rule" and "encourage[] [plaintiff] in its efforts to simply circumvent this [c]ourt's exclusive jurisdiction." Intvr's Mot. filed July 21, 2006, at 3.

Defendant-intervenor's motion has been carefully considered and is denied. The court certainly recognizes the litigiousness of this plaintiff. As defendant-intervenor is aware, advising plaintiff regarding its choice of forum may reduce the chance that plaintiff's

claim would become ensnared in jurisdictional quarrels, thus delaying a final decision for everyone—including defendant-intervenor. The court does not find sufficient basis to warrant reconsideration of these statements. Accordingly,

**IT IS ORDERED,** as follows:

1. Defendant-intervenor's motion for reconsideration is denied.

2. A copy of this order shall be served on the United States District Court for the Northern District of California, Attn: The Honorable Claudia Wilken.

s/ Christine O.C. Miller
Christine Odell Cook Miller
Judge