# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BLUE & GOLD FLEET, LP,** *

Plaintiff, *

v. * No. 06-514C

**THE UNITED STATES**, * (Filed July 26, 2006)

Defendant, *

and *

**HORNBLOWER YACHTS, INC.,** *

Defendant-Intervenor. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This case was reassigned to the undersigned by order entered on July 18, 2006. A scheduling conference was held on July 20, 2006, and an order entered on July 21, 2006, recording plaintiff's oral motion for a voluntary dismissal pursuant to RCFC 41(a)(1). Defendant-intervenor requested the opportunity to craft an argument that such a dismissal should be with prejudice. On July 24, 2006, the defendant-intervenor advised chambers by telephone that it had decided not to file such an argument; and defendant also advised chambers by telephone that it did not intend to oppose the voluntary dismissal. An answer has yet to be filed in this case. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiff's oral motion for a voluntary dismissal pursuant to RCFC 41(a)(1) is granted, and the Clerk of the Court shall dismiss the complaint without prejudice.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge