# In the United States Court of Federal Claims

**No. 06-514 C**

**BLUE & GOLD FLEET, LP,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**HORNBLOWER YACHTS, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Order, filed July 26, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, pursuant to RCFC 41(a)(1).

Brian Bishop
Clerk of Court

**July 27, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.